# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS MONROE, JR. :
and ALVINIA MONROE :
 :
      Plaintiffs : CIVIL ACTION
 :
 vs. : No. 10-cv-02140
 :
SMITHKLINE BEECHAM CORPORATION, :
d/b/a GLAXOSMITHKLINE; and :
GLAXOSMITHKLINE LLC, :
 :
      Defendants. :

## ORDER

AND NOW, this 23rd day of June, 2010, upon consideration of Defendant's Motion to Transfer (Doc. No. 2) and Plaintiff's Motion to Remand (Doc. No. 8), for the reasons set forth in the attached Memorandum, Plaintiffs' Motion is GRANTED and Defendant's Motion to Transfer is DENIED as MOOT.

                                            BY THE COURT:


                                            s/J. Curtis Joyner
                                            J. CURTIS JOYNER, J.